USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/05/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chosen Figure LLC,

                      Plaintiff,

         -against-

Prabal Gurung, LLC,

                      Defendant.

23 Civ. 8657 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 4, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 4, 2023, and indicate whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge. ECF Nos. 8, 9. Those submissions are now overdue.

    Accordingly, by **December 22, 2023,** the parties shall submit their joint letter and proposed case management plan, and indicate whether they consent to proceed before the assigned Magistrate Judge.

    SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                      ANALISA TORRES
                                United States District Judge