UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chosen Figure LLC,

                Plaintiff,

-against-

Prabal Gurung, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2023
```

23 Civ. 8657 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **January 22, 2024**, Plaintiff shall move for default judgment pursuant to Attachment A of this Court's Individual Practices in Civil Cases.

    Plaintiff shall serve this order and the Clerk's certificate of default on Defendant, and file proof of service by **December 29, 2023**.

    SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge