UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
                                                    :

CHOSEN FIGURE LLC,                    :        23 Civ. 8657 (AT) (GS)

                Plaintiff,          :         **ORDER**

          - against -                :

PRABAL GURUNG, LLC,             :

               Defendant.       :

-----------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The hearing on Plaintiff's Motion for Default Judgment scheduled for November 6, 2024 (*see* Dkt. No. 25) is canceled. Despite the opportunity to do so (*see id.*), Defendant has still not appeared in this action or submitted any opposition to Plaintiff's motion papers, which are sufficient for the Court to decide this matter. Accordingly, a hearing is unnecessary and the parties are advised that the Court will rely on Plaintiff's written submissions alone. Plaintiff is directed to promptly serve a copy of this Order on Defendant at its last known business address and on the Secretary of State, pursuant to N.Y. Business Corp. Law § 306.

        **SO ORDERED.**

Dated:      New York, New York
              November 1, 2024

                                                             _____
                                                              The Honorable Gary Stein
                                                              United States Magistrate Judge