**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHOSEN FIGURE LLC,

                Plaintiff,                              23 **CIVIL** 8657 (AT)(GS)

      -against-                                 **DEFAULT JUDGMENT**

PRABAL GURUNG, LLC,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2025, the Court has SUSTAINED IN PART and OVERRULED IN PART Chosen Figure's objections and has GRANTED IN PART and DENIED IN PART Chosen Figure's motion for a default judgment. Default judgment is entered against Prabal Gurung permanently enjoining Prabal Gurung from displaying Chosen Figure's photograph without a license on Prabal Gurung's Facebook account or any alternative medium under its control, and has awarded Chosen Figure $1,500 in damages, $3,937.50 in attorneys' fees, and $457 in costs; accordingly, the case is closed.

**Dated:** New York, New York
          March 10, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**         *K. Mango*

                                                        **Deputy Clerk**